■ RICHARD D. BURLEY, Appellant, v BROCKPORT UNITED FREE METHODIST CHURCH, Respondent and Third-Party Plaintiff. RUETER CONSTRUCTION, DIVISION OF RUETER PROPERTIES, INC., Third-Party Defendant-Respondent. [636 NYS2d 710] —Order unanimously affirmed without costs *(see, Herman v Lancaster Homes,* 145 AD2d 926, *lv denied* 74 NY2d 601). (Appeal from Order of Supreme Court, Niagara County, Mintz, J.—Labor Law.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ In the Matter of LEON R. KOZIOL, Appellant, v ANGELA LONGO, as Democratic Commissioner of Oneida County, et al., Respondents. [636 NYS2d 676] —Order unanimously affirmed without costs. Memorandum: The record supports Supreme Court's determination after a hearing that petitioner failed to prove that any irregularities occurred in the recanvass of votes for the election in which he was a candidate. (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Election Law.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ In the Matter of RICHARD F. KINZLY, an Attorney, Resignor. [636 NYS2d 703] —Resignation accepted and name stricken from roll of attorneys. Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.